UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

LARRY CARPENTER )
)
v. ) NO. 2:09-CV-108
) *Judge Jordan*
HAMBLEN COUNTY JAIL )

## MEMORANDUM

*Pro se* prisoner Larry Carpenter filed this civil rights complaint under 42 U.S.C. § 1983. The form complaint signed by plaintiff contained a notice and a warning—the former advising him that he was responsible for keeping the Court informed of any address change and the latter cautioning him that his failure to provide his correct address within ten [10] days of any address change would result in the dismissal of his case.

Despite the notice and the warning, a copy of an order entered in this lawsuit was mailed to plaintiff at the address he listed as his current address in his complaint, but was returned to the Court by the postal authorities more than ten days ago, marked, "Return to Sender" and "Not Here," (Doc. 7). Obviously, without plaintiff's correct address, neither the Court nor the defendant can communicate with him regarding his case.

Therefore, this action will be **DISMISSED** by separate order for plaintiff's failure to prosecute his claims. *See* Rule 41(b) of the Federal Rules of Civil Procedure.

**ENTER:**

_____
LEON JORDAN
UNITED STATES DISTRICT JUDGE